# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Robertson, Katherine A. | 2. Court or Organization<br><br>United States District Court for the District of Massachuset | 3. Date of Report<br><br>08/02/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Full time Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

| 7. Chambers or Office Address<br><br>300 State Street<br>Springfield, MA 01105 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robertson, Katherine A. | 08/02/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robertson, Katherine A. | 08/02/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robertson, Katherine A. | 08/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. + Common Stocks - Brokerage Account (H) | | | | | | | | | |
| 2. TIAA Bank Brokerage Sweep (X) | A | Interest | M | T | Open | 01/02/18 | J | | |
| 3. -Adient PLC, ordinary shs | A | Dividend | J | T | | | | | |
| 4. -Brookfield Ppty Partners L P Unit LP (X) | A | Distribution | J | T | Spinoff (from line 36) | 08/30/18 | J | | |
| 5. -Johnson Controls Intl, PLC, ordinary shs | A | Dividend | K | T | | | | | |
| 6. -AFLAC connom | B | Dividend | L | T | | | | | |
| 7. -AT&T common | C | Dividend | L | T | | | | | |
| 8. -Avery Dennison, common | A | Dividend | J | T | | | | | |
| 9. -Century Link, common | A | Dividend | J | T | | | | | |
| 10. -Chevron, common | B | Dividend | K | T | | | | | |
| 11. -Colgate-Palmolive, common | B | Dividend | K | T | | | | | |
| 12. -Diebold Nixdorf, common | A | Dividend | J | T | | | | | |
| 13. -EMC Insurance Group, common | A | Dividend | J | T | | | | | |
| 14. -Emerson, common | A | Dividend | J | T | | | | | |
| 15. -ExxonMobil, common | D | Dividend | M | T | | | | | |
| 16. -H.B. Fuller, common | A | Dividend | K | T | | | | | |
| 17. -HSBC Holdings, common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robertson, Katherine A. | 08/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Howard Hughes, common | | None | J | T | | | | | |
| 19. -Intel, common | A | Dividend | K | T | | | | | |
| 20. -Invacare, common | A | Dividend | J | T | | | | | |
| 21. -Koninklijke Ahold Delhaize N.V. (New), shs | A | Dividend | J | T | | | | | |
| 22. -Modine Mfg Co common | | None | J | T | | | | | |
| 23. -Monsato, common | A | Dividend | | | Sold | 06/07/18 | K | E | |
| 24. -Motorola Solutions, common | A | Dividend | J | T | | | | | |
| 25. -Pepsico, common | B | Dividend | K | T | | | | | |
| 26. -Pfizer, common | A | Dividend | K | T | | | | | |
| 27. -PolyOne, common | A | Dividend | J | T | | | | | |
| 28. -Quanex Building Products, common | A | Dividend | J | T | | | | | |
| 29. - Ryder, common | A | Dividend | J | T | | | | | |
| 30. -Southern Co, common | A | Dividend | J | T | | | | | |
| 31. -TD Bank, common | A | Dividend | J | T | | | | | |
| 32. -Verizon, common | A | Dividend | J | T | | | | | |
| 33. -Wells Fargo, common | B | Dividend | K | T | | | | | |
| 34. -Whirlpool, common | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robertson, Katherine A. | 08/02/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Camden Property Trust, common | A | Distribution | J | T | | | | | |
| 36. -General Growth Properties, common | C | Distribution | | | Sold | 08/30/18 | J | | |
| 37. -UDR, common | A | Distribution | J | T | | | | | |
| 38. TIAA-CREF Funds (H) | | | | | | | | | |
| 39. -TIAA-CREF International Equity Fund | B | Distribution | L | T | | | | | |
| 40. -TIAA-CREF Money Market Fund | B | Dividend | N | T | | | | | |
| 41. -TIAA-CREF Growth & Income Fund | B | Distribution | L | T | | | | | |
| 42. -TIAA-CREF Large-Cap Growth Fund | C | Distribution | L | T | | | | | |
| 43. -TIAA-CREF Bond Plus Fund | B | Interest | K | T | | | | | |
| 44. -TIAA Bank - Yield Pledge Checking (X) | A | Interest | J | T | Open | 12/19/18 | J | | |
| 45. -TIAA Bank - Yield Pledge Money Market (X) | A | Interest | K | T | Open | 12/19/18 | K | | |
| 46. US Savings Bonds, EE | A | Interest | J | T | | | | | |
| 47. MTL Insurance Co-life Ins $1,000 face, 57 yr pay in, 'whole life' | A | Dividend | J | T | | | | | |
| 48. TD Bank, account | A | Interest | N | T | | | | | |
| 49. Check held personal possession proceeds exempt transaction | | None | | | Closed | 01/03/18 | M | | |
| 50. Undeveloped Land-Conway, MA - parcel 3, 6 acres, value $32,823 | | None | K | S | | | | | |
| 51. Undeveloped Land - Conway, MA - parcel 4, 3 acres, value $79,020 | | None | L | S | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robertson, Katherine A. | 08/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Reitrement Accounts Bill (H) | | | | | | | | | |
| 53. -CREF Stock Fund - R2 - employer contribution | | None | P1 | T | Sold (part) | 01/16/18 | J | | |
| 54. | | | | | Sold (part) | 02/15/18 | J | | |
| 55. | | | | | Sold (part) | 03/16/18 | J | | |
| 56. | | | | | Sold (part) | 04/16/18 | J | | |
| 57. | | | | | Sold (part) | 05/15/18 | J | | |
| 58. | | | | | Sold (part) | 05/24/18 | K | | |
| 59. -CREF Stock Fund - R2 - annuity | | None | O | T | Sold (part) | 01/16/18 | J | | |
| 60. | | | | | Sold (part) | 02/16/18 | J | | |
| 61. | | | | | Sold (part) | 03/16/18 | J | | |
| 62. | | | | | Sold (part) | 04/16/18 | J | | |
| 63. | | | | | Sold (part) | 05/15/18 | J | | |
| 64. | | | | | Sold (part) | 05/24/18 | K | | |
| 65. - CREF Stock Fund R1 | | None | M | T | Sold (part) | 05/24/18 | J | | |
| 66. -CREF Growth Fund - R1 | | None | K | T | | | | | |
| 67. -CREF Equity Index Fund - R1 | | None | K | T | | | | | |
| 68. -CREF Global Equities Fund - R1 | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robertson, Katherine A. | 08/02/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -TIAA Real Estate Fund | | None | L | T | Sold (part) | 05/24/18 | J | | |
| 70. -CREF Bond Market Fund - R1 | | None | K | T | | | | | |
| 71. -TIAA-CREF, Teachers Personal Annuity | | None | L | T | | | | | |
| 72. Retirement Accounts Katy (H) | | | | | | | | | |
| 73. -TIAA Traditional Annuity | | None | J | T | | | | | |
| 74. -TIAA Traditional Annuity | | None | K | T | | | | | |
| 75. -CREF Stock Fund - R3 | | None | K | T | | | | | |
| 76. -CREF Stock Fund - R2 | | None | L | T | | | | | |
| 77. -CREF Stock Fund - R1 | | None | L | T | | | | | |
| 78. -SMART Capital Presevation Fund | | None | L | T | | | | | |
| 79. -MM S&P 500 Index (Northrn Trst) | | None | P1 | T | | | | | |
| 80. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robertson, Katherine A. | 08/02/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Line 2. TIAA Bank Brokerage Sweep was opned 12/08/17, but did not begin having transactions until 01/02/18

Part VII Lines 49, 50, 51. Druing 2016 we moved into a new home and placed our old home on the market. Not finding a buyer of the entire home parcel, we then separated the contiguous property into four separaste units for sale. Parcel 1 included our old home, parcels 2, 3 and 4 were offered as undeveloped lots. The undeveloped lots were added to the schedule in 2017 due to their now being separated from our home parcel, a non-reportable investment. During 2017, parcel 1, containing our old home, was sold on 12/31/2017. The proceeds of this transaction (nonreportable) in the form of a check payable to us dated 12/31/2017 was not deposited into our bank account until 01/02/2018, thus line 49. Parcel 2 sold earlier in 2017 and was reported on the 2017 report. Assessment vlaues for lines 50 and 51 are the values from the real estate bills sent by the town of Conway, Massachusetts. Massachusetts law requrires use of current market values for real estate tax assessment purposes.

Part VII lines 52 to 69. "None" is entered for income for these retirment funds. The fund managers do not provide income information, just the market values.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Katherine A. Robertson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544